UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JEROD BANNON,

    Plaintiff,

v.

Case No.: 25-CV-01558

MAURY STRAUB, CITY OF PORT WASHINGTON,
POLICE CHIEF KEVIN HINGISS, OFFICER
JEREMIAH NYE, OFFICER JASON BERGIN,
OFFICER CRAIG CZARNECKI, JOHN DOES 1-5
and ABC INSURANCE COMPANY.

    Defendants.

## PLAINTIFFS' CIVIL L.R. 7(H) EXPEDITED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (Dkts. 5 and 10) AND MOTION FOR SANCTIONS (Dkt. 20)

Plaintiff, by his counsel, files this expedited motion pursuant to Civil Local Rules 7(b), 7(h) and F.R.C.P. 6(b)(1)(A), and requests a twenty-five (25) day extension to file the response to Defendants Motions to Dismiss (Dkts. 9 and 10), and a four (4) day extension with regards to a Motion for Sanctions (Dkt. 20). Defendants City of Port Washington, Police Chief Kevin Hingiss, Officer Jeremiah Nye, Officer Jason Bergin and Officer Craig Czarnecki (collectively, the "Port Washington Defendants") filed their Motion to Dismiss December 9, 2025, Dkt. 9, and thus the response was due on January 8, 2026.

Defendant Maury Straub filed his motion to dismiss on December 10, 2025, and thus the response was due on January 9, 2026.

Finally, Defendant Straub filed a motion for sanctions on January 12, 2026 (Dkt. 20), and a response is due on February 2, 2026.

The extension would push the due date for the response briefs to February 6, 2026.

The basis for the motion is as follows:

1. Plaintiff's Counsel, Nathaniel Cade, was in trial in Milwaukee County on December 11 and 12. He calendared the response date in his calendar, but inadvertently did so for February 9, 2026, and noticed the error today, on January 22, 2026.

2. In addition, at the same time he was in trial in Milwaukee County, Attorney Cade was preparing for a trial in the Western District of Wisconsin, *Trubanov v. Weather Shield Mfg., Inc., et al.*, W.D. Wis. Case No. 24-cv-0492, which was scheduled for two pretrials on December 30, 2025 and January 5, 2026, with trial scheduled for January 12, 2026. A last minute but successful mediation session took place on December 23, 2025, thus avoiding trial.

3. Finally, counsel has a couple of summary judgment briefs and an appeal in the Wisconsin Court of Appeals all due in the next ten days.

4. While counsel believes that he can file the response before February 6, 2026, that date should provide enough room to have the response filed timely.

Wherefore, for the foregoing reasons, Plaintiff respectfully request that this Court grant the expedited motion for a twenty-nine (29) day extension of time, or until February 6, 2026, to file the response to Defendants' Motions to Dismiss.

Dated this 22nd day of January, 2026.

**CADE LAW GROUP LLC**

By: s/ Nathaniel Cade, Jr.
 Nathaniel Cade, Jr.
 P.O. Box 170887
 Milwaukee, WI 53217
 (414) 255-3802 (phone)
 (414) 255-3804 (fax)
 nate@cade-law.com

Counsel for Plaintiff